497

LANKFORD *et al. v.* MILHOLLIN *et al.*

DUCKWORTH, Presiding Justice. This case is controlled by the decision in *Lankford* v. *Milhollin* (No. 16114), ante.

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16072. FEBRUARY 10, 1948. REHEARING DENIED MARCH 19, 1948.

*W. C. Lankford,* for plaintiffs.

*R. A. Moore* and *Memory & Memory,* for defendants.

LANKFORD *et al. v.* TANNER.

DUCKWORTH, Presiding Justice. This case is controlled by the decision in *Lankford* v. *Milhollin* (No. 16114), ante.

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16073. FEBRUARY 10, 1948. REHEARING DENIED MARCH 19, 1948.

*W. C. Lankford,* for plaintiffs in error.

*R. A. Moore* and *Memory & Memory,* contra.

LANKFORD *v.* TANNER.

DUCKWORTH, Presiding Justice. This case is controlled by the decision in *Lankford* v. *Milhollin* (No. 16114), ante.

*Judgment affirmed. All the Justices concur, except Bell, J., absent on account of illness, and Wyatt, J., who took no part in the consideration or decision of this case.*

No. 16079. FEBRUARY 10, 1948. REHEARING DENIED MARCH 19, 1948.

*W. C. Lankford,* for plaintiff in error.

*R. A. Moore* and *Memory & Memory,* contra.